1  GOLDSMITH & HULL/File #C-30419
   A Professional Corporation
2  William I. Goldsmith (SBN 82183)
   Jack D. Hull        (SBN 91879)
3  Howard D. Myers   (SBN 41811)
   16933 Parthenia Street
4  Northridge, CA 91343
   Tel.: (818) 990-6600
5  Fax: (818) 990-6140
   **govdept1@goldsmithcalaw.com**
6
7  Attorneys For Plaintiff

8
                    UNITED STATES DISTRICT COURT
9
                  CENTRAL DISTRICT OF CALIFORNIA
10
11                                          12-cv-188
   UNITED STATES OF AMERICA,     )  CASE NO.: ~~91A-12753~~
12
                Plaintiff,       )  RENEWED JUDGMENT
13                               )  [Proposed]
   v.                            )
14                               )
   BEATRICE  Y.                  )
15 WILLIAMS-MARCUCCI AKA         )
   BEATRICE Y. WILLIAMS,         )
16              Defendant.       )
17 _____ )

18       Pursuant to Rule 69(a) of the Federal Rules of Civil Procedure and Article 2 of

19  the California Code of Civil Procedure, the above named plaintiff, by his attorney,

20  applies  for  renewal  of  judgment  against  defendant,  BEATRICE  Y.

21  WILLIAMS-MARCUCCI AKA  BEATRICE Y. WILLIAMS.

22       The original judgment, was entered on April 24, 1992.  A copy is attached as

23  "Exhibit 1".

24       The judgment has not been previously renewed.

25       Renewal of money judgment as of December 8, 2011.

26       a. Total judgment.................................................. $1,628.84

27       b. Credits after judgment.......................................$   0.00

28       c. Subtotal...........................................................$1,628.84

LODGED
CLERK, U.S. DISTRICT COURT

DEC 1 3 2012

CENTRAL DISTRICT OF CALIFORNIA
DEPUTY
BY

1    d. Interest after judgment.......................................$2,115.91

2    e. Fee for filing abstract of judgment......................$      5.00

3    f. Total renewed judgment.....................................$3,749.75

4    Renewed Judgment to accrue interest  at the legal rate until paid

5

6    Dated: ꞮꞮꞮ 8, 2011                          GOLDSMITH & HULL, A P.C.

7

8

9                                                          William I. Goldsmith
                                                          Attorneys For Plaintiff

10

11   Dated:_____
                                                          CLERK U.S. DISTRICT COURT
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# EXHIBIT "1"

1  GOLDSMITH & BURNS
2  ATTORNEY FOR THE PLAINTIFF
        18425 BURBANK BLVD., SUITE 708
3        TARZANA, CA   91356
        318-708-2585
4  Attorneys for the Plaintiff

5                    UNITED STATES DISTRICT COURT
                CENTRAL DISTRICT OF CALIFORNIA
6
   UNITED STATES OF AMERICA,          COURT NO: 91A 12753
7                    Plaintiff,

8           v.                        DEFAULT JUDGMENT

9  BEATRICE Y. WILLIAMS (MARCUCCI)
   A/K/A BEATRICE Y. WILLIAMS
10
                Defendant(s).
11  - - - - - - - - - - - - - - - - - - - /

12      In the above-entitled action, an affidavit on behalf of the
13  plaintiff satisfying the requirements of Rule 55 having been filed;

14      IT IS ADJUDGED that the United States of America, plaintiff,
15  do have and recover of and from BEATRICE Y. WILLIAMS (MARCUCCI)

16  the sum of $730.00 as principal, $273.84 as accrued prejudgment
17  interest, $227.00 administrative charges, and $68.00 costs,
18  plus $330.00 attorney fees for a total amount of $1,628.84,
19  plus interest at the current rate until entry of judgment.

20      Judgment to accrue interest at the legal rate until paid.

21      DATED:  APR 2 4 1992
22
                            LEONARD A. BROSNAN, CLERK
23                          U.S. District Court
                            Central District of California
24
                                 R. L. BYER
25                          By: _____
                                 Deputy Clerk
26
27
28