```
1  GOLDSMITH & HULL/File #C-30419
   A Professional Corporation
2  William I. Goldsmith  (SBN 82183)
   Jack D. Hull          (SBN 91879)
3  Howard D. Myers       (SBN 41811)
   16933 Parthenia Street
4  Northridge, CA 91343
   Tel.: (818) 990-6600
5  Fax: (818) 990-6140
   govdept1@goldsmithcalaw.com
6
7  Attorneys For Plaintiff
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>BEATRICE Y. WILLIAMS-MARCUCCI AKA BEATRICE Y. WILLIAMS,<br>    Defendant. | CASE NO.: ~~91A-12753~~ 12-cv-188<br><br>RENEWED JUDGMENT [Proposed] |

Pursuant to Rule 69(a) of the Federal Rules of Civil Procedure and Article 2 of the California Code of Civil Procedure, the above named plaintiff, by his attorney, applies for renewal of judgment against defendant, BEATRICE Y. WILLIAMS-MARCUCCI AKA BEATRICE Y. WILLIAMS.

The original judgment, was entered on April 24, 1992. A copy is attached as "Exhibit 1".

The judgment has not been previously renewed.

Renewal of money judgment as of December 8, 2011.

    a. Total judgment.................................................. $1,628.84

    b. Credits after judgment.......................................$    0.00

    c. Subtotal............................................................$1,628.84

[Stamp: LODGED CLERK, U.S. DISTRICT COURT DEC 13 2012 CENTRAL DISTRICT OF CALIFORNIA BY]

1     d. Interest after judgment..........................................$2,115.91
2     e. Fee for filing abstract of judgment.......................$     5.00
3     f. Total renewed judgment.......................................$3,749.75
4 Renewed Judgment to accrue interest at the legal rate until paid

6 Dated: Dec 8, 2011                   GOLDSMITH & HULL, A P.C.

                                                William I. Goldsmith
                                                Attorneys For Plaintiff

11 Dated:_____          CLERK U.S. DISTRICT COURT

# EXHIBIT "1"

```
GOLDSMITH & BURNS
ATTORNEY FOR THE PLAINTIFF
   18425 BURBANK BLVD., SUITE 708
   TARZANA, CA  91356
   818-708-2585
Attorneys for the Plaintiff
```

FILED
CLERK, U.S. DISTRICT COURT
APR 24 1992
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

ENTERED
U.S. DISTRICT COURT
APR 24 1992
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,          COURT NO: 91A 12753
            Plaintiff,

     v.                            DEFAULT JUDGMENT

BEATRICE Y. WILLIAMS (MARCUCCI)
A/K/A BEATRICE Y. WILLIAMS

            Defendant(s).
_____/

In the above-entitled action, an affidavit on behalf of the plaintiff satisfying the requirements of Rule 55 having been filed;

IT IS ADJUDGED that the United States of America, plaintiff, do have and recover of and from BEATRICE Y. WILLIAMS (MARCUCCI) the sum of $730.00 as principal, $273.84 as accrued prejudgment interest, $227.00 administrative charges, and $68.00 costs, plus $330.00 attorney fees for a total amount of $1,628.84, plus interest at the current rate until entry of judgment.

Judgment to accrue interest at the legal rate until paid.

DATED: APR 24 1992

                              LEONARD A. BROSNAN, CLERK
                              U.S. District Court
                              Central District of California

                                      R. L. BYER
                              By: _____
                                      Deputy Clerk