GOLDSMITH & HULL/File #C-30419
A Professional Corporation
William I. Goldsmith (SBN 82183)
Jack D. Hull         (SBN 91879)
Howard D. Myers   (SBN 41811)
16933 Parthenia Street
Northridge, CA 91343
Tel.: (818) 990-6600
Fax: (818) 990-6140
govdept1@goldsmithcalaw.com

Attorneys For Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BEATRICE Y. WILLIAMS-MARCUCCI AKA BEATRICE Y. WILLIAMS,<br>Defendant. | CASE NO.: ~~91A-12753~~  12-cv-188<br><br>RENEWED JUDGMENT<br>[Proposed] |

Pursuant to Rule 69(a) of the Federal Rules of Civil Procedure and Article 2 of the California Code of Civil Procedure, the above named plaintiff, by his attorney, applies for renewal of judgment against defendant, BEATRICE Y. WILLIAMS-MARCUCCI AKA BEATRICE Y. WILLIAMS.

The original judgment, was entered on April 24, 1992. A copy is attached as "Exhibit 1".

The judgment has not been previously renewed.

Renewal of money judgment as of December 8, 2011.

   a. Total judgment.................................................. $1,628.84

   b. Credits after judgment.......................................$     0.00

   c. Subtotal.............................................................$1,628.84

FILED
CLERK, U.S. DISTRICT COURT
JAN 2 5 2012
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

LODGED
CLERK, U.S. DISTRICT COURT
DEC 13 2012
CENTRAL DISTRICT OF CALIFORNIA
BY

    d. Interest after judgment.......................................$2,115.91
    e. Fee for filing abstract of judgment......................$    5.00
    f. Total renewed judgment....................................$3,749.75

Renewed Judgment to accrue interest at the legal rate until paid

Dated: Dec 8, 2011

GOLDSMITH & HULL, A P.C.

_____
William I. Goldsmith
Attorneys For Plaintiff

Dated: 1-25-2012

_____
CLERK U.S. DISTRICT COURT

# EXHIBIT "1"

```
 1  GOLDSMITH & BURNS
    ATTORNEY FOR THE PLAINTIFF
 2      18425 BURBANK BLVD., SUITE 708
        TARZANA, CA  91356
 3      818-708-2585
    Attorneys for the Plaintiff
 4
                UNITED STATES DISTRICT COURT
 5              CENTRAL DISTRICT OF CALIFORNIA

 6  UNITED STATES OF AMERICA,        COURT NO: 91A 12753
                Plaintiff,
 7
              v.                     DEFAULT JUDGMENT
 8
    BEATRICE Y. WILLIAMS (MARCUCCI)
 9  A/K/A BEATRICE Y. WILLIAMS

10              Defendant(s).
                                   /
11
         In the above-entitled action, an affidavit on behalf of the
12
    plaintiff satisfying the requirements of Rule 55 having been filed.
13
         IT IS ADJUDGED that the United States of America, plaintiff,
14
    to have and recover of and from BEATRICE Y. WILLIAMS (MARCUCCI)
15

16  the sum of $730.00 as principal, $273.84 as accrued prejudgment

17  interest, $227.00 administrative charges, and $68.00 costs,

18  plus $330.00 attorney fees for a total amount of $1,628.84,

19  plus interest at the current rate until entry of judgment.

20       Judgment to accrue interest at the legal rate until paid.

21       DATED:

22                              LEONARD A. BROSNAN, CLERK
                                U.S. District Court
23                              Central District of California

24                                        R. L. BYER
                                By: _____
25                                        Deputy Clerk
```

FILED APR 24 1992 — CLERK, U.S. DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA, DEPUTY