```
 1  GOLDSMITH & HULL/File #C-30419
    A Professional Corporation
 2  William I. Goldsmith (SBN 82183)
    Jack D. Hull        (SBN 91879)
 3  Howard D. Myers     (SBN 41811)
    16933 Parthenia Street
 4  Northridge, CA 91343
    Tel.: (818) 990-6600
 5  Fax: (818) 990-6140
    govdept1@goldsmithcalaw.com
 6
 7  Attorneys For Plaintiff
```

FILED
CLERK, U.S. DISTRICT COURT
JAN 2 5 2012
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

12-cv-188

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.: ~~91A-12753~~ |
| Plaintiff, | RENEWED JUDGMENT [Proposed] |
| v. | |
| BEATRICE Y. WILLIAMS-MARCUCCI AKA BEATRICE Y. WILLIAMS, Defendant. | |

Pursuant to Rule 69(a) of the Federal Rules of Civil Procedure and Article 2 of the California Code of Civil Procedure, the above named plaintiff, by his attorney, applies for renewal of judgment against defendant, BEATRICE Y. WILLIAMS-MARCUCCI AKA BEATRICE Y. WILLIAMS.

The original judgment, was entered on April 24, 1992. A copy is attached as "Exhibit 1".

The judgment has not been previously renewed.

Renewal of money judgment as of December 8, 2011.

   a. Total judgment..................................................$1,628.84

   b. Credits after judgment.....................................$     0.00

   c. Subtotal...........................................................$1,628.84

LODGED
CLERK, U.S. DISTRICT COURT
DEC 13 2012
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

    d. Interest after judgment.....................................$2,115.91

    e. Fee for filing abstract of judgment......................$     5.00

    f. Total renewed judgment...................................$3,749.75

Renewed Judgment to accrue interest at the legal rate until paid

Dated: Dec 8, 2011

GOLDSMITH & HULL, A P.C.

William I. Goldsmith
Attorneys For Plaintiff

Dated: 1-25-2012

CLERK U.S. DISTRICT COURT

# EXHIBIT "1"

```
GOLDSMITH & BURNS
ATTORNEY FOR THE PLAINTIFF
    18425 BURBANK BLVD., SUITE 708
    TARZANA, CA  91356
    818-708-2585
Attorneys for the Plaintiff
```

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br><br>　　v.<br><br>BEATRICE Y. WILLIAMS (MARCUCCI)<br>A/K/A BEATRICE Y. WILLIAMS<br><br>　　　　Defendant(s).<br>_____ / | COURT NO: 91A 12753<br><br>DEFAULT JUDGMENT |

In the above-entitled action, an affidavit on behalf of the plaintiff satisfying the requirements of Rule 55 having been filed.

IT IS ADJUDGED that the United States of America, plaintiff, to have and recover of and from BEATRICE Y. WILLIAMS (MARCUCCI) the sum of $730.00 as principal, $273.84 as accrued prejudgment interest, $227.00 administrative charges, and $68.00 costs, plus $330.00 attorney fees for a total amount of $1,628.84, plus interest at the current rate until entry of judgment.

Judgment to accrue interest at the legal rate until paid.

DATED:

　　　　　　　　　　　　　　　　LEONARD A. BROSNAN, CLERK
　　　　　　　　　　　　　　　　U.S. District Court
　　　　　　　　　　　　　　　　Central District of California

　　　　　　　　　　　　　　　　　　　*R. L. BYER*
　　　　　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　　　　　Deputy Clerk